No. 82–6822.   V. J. S. v. ILLINOIS, *ante*, p. 837;

No. 82–6849.   REESE v. ALABAMA, *ante*, p. 838;

No. 82–6852.   WILSON v. GEORGIA, *ante*, p. 865;

No. 82–6872.   BRIDGES v. TEXAS, *ante*, p. 838;

No. 82–6881.   FREE v. ILLINOIS, *ante*, p. 865;

No. 82–6897.   HOLCOMB v. CALIFORNIA ET AL., *ante*, p. 840;

No. 82–6898.   WILLIAMS v. UNITED STATES, *ante*, p. 840;

No. 82–6943.   ENGEL v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL., *ante*, p. 841;

No. 82–6944.   ENGEL v. NEW YORK STATE HUMAN RIGHTS APPEAL BOARD ET AL., *ante*, p. 841;

No. 82–6973.   LINDSEY v. LOUISIANA, *ante*, p. 908;

No. 82–6979.   LaRETTE v. MISSOURI, *ante*, p. 908;

No. 82–6982.   NARCISSE v. LOUISIANA, *ante*, p. 865;

No. 82–6990.   PETERSON v. VIRGINIA, *ante*, p. 865;

No. 83–34.   STOUFFER CORP. v. PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL., *ante*, p. 846;

No. 83–99.   VARKONYI, INDIVIDUALLY, AND DBA METAL RECYCLING CO. v. DONOVAN, SECRETARY OF LABOR, *ante*, p. 849;

No. 83–148.   JOHNSON v. DISTRICT SCHOOL BOARD OF HERNANDO COUNTY, FLORIDA, *ante*, p. 851;

No. 83–152.   KARAPINKA v. UNION CARBIDE CORP. ET AL., *ante*, p. 892;

No. 83–155.   VEENKANT v. GURN ET AL., *ante*, p. 851;

No. 83–156.   VEENKANT v. BLAKE ET AL.; and VEENKANT v. CORSIGLIA ET AL., *ante*, p. 874;

No. 83–157.   VEENKANT v. WESLER ET AL., *ante*, p. 851;

No. 83–167.   PFISTER v. AMERICAN AIRLINES, INC., ET AL., *ante*, p. 874;

No. 83–178.   WESTERN COMPANY OF NORTH AMERICA v. UNITED STATES, *ante*, p. 892;

No. 83–187.   TSANOS ET AL. v. DIVISION OF ADMINISTRATION, FLORIDA DEPARTMENT OF TRANSPORTATION, *ante*, p. 852;

No. 83–192.   BOUCLIN v. UNITED STATES, *ante*, p. 852;

No. 83–267.   BROWNFIELD v. CITY OF LAGUNA BEACH ET AL., *ante*, p. 894;

No. 83–5038.   BRUCE v. UPPER EAST TENNESSEE HUMAN DEVELOPMENT AGENCY, INC., ET AL., *ante*, p. 854;

No. 83–5046.   GASTON v. UNITED STATES, *ante*, p. 854;

No. 83–5051.   WILLIAMS v. NORTH CAROLINA, *ante*, p. 865; and

No. 83–5085.   PIATKOWSKA v. VONS FOODMARKETS, *ante*, p. 856. Petitions for rehearing denied.